IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MOHAMED ALASSANE KARZO,

    Plaintiff

v.                                              21-cv-00667-LCB-LPA

MATADOR RECORDS, INC., et. al.,

    Defendants

---

## CERTIFICATE OF WORD COUNT

The undersigned hereby certifies that the Brief in Support of Defendants' Motion for Partial Judgment on the Pleadings filed on November 30, 2021 (Doc. 25) complies with the limitation on the length of briefs stated in Local Rule 7.3(d)(1).

This the 1st day of December 2021.

                                Wyatt Early Harris Wheeler LLP
                                *Attorneys for Defendants*

                                By: /s/ Donavan J. Hylarides
                                Donavan J. Hylarides
                                N.C. State Bar # 44487
                                dhylarides@wehwlaw.com
                                1912 Eastchester Drive, Suite 400
                                High Point, NC 27265
                                Direct Telephone: (336) 819-6009

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **CERTIFICATE OF WORD COUNT** was electronically filed with the Clerk of Court by using the CM/ECF System and was therefore served under Fed. R. Civ. P. 5(b)(2)(F).

This the 1st day of December 2021.

Wyatt Early Harris Wheeler LLP
*Attorneys for Defendants*

By: /s/ Donavan J. Hylarides

Donavan J. Hylarides
N.C. State Bar # 44487
dhylarides@wehwlaw.com
1912 Eastchester Drive, Suite 400
High Point, NC  27265
Direct Telephone: (336) 819-6009