IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MOHAMED ALASSANE KARZO,

    Plaintiff

v.                                        21-cv-00667-LCB-LPA

MATADOR RECORDS, INC., et. al.,

    Defendants

---

**CONSENT MOTION TO EXTEND MEDIATION DEADLINE**

NOW COME Defendants, by and through their undersigned counsel, and move this Court to extend the deadline to complete mediation in this matter to July 3, 2023. The undersigned has conferred with counsel for Plaintiff, who consents to this Motion. A brief is being filed with this Motion under LR7.3(a).

This the 27th day of April 2023.

                                                     Wyatt Early Harris Wheeler LLP
                                                     *Attorneys for Defendants*

                                                     By: /s/ Donavan J. Hylarides
                                                     Donavan J. Hylarides
                                                     N.C. State Bar # 44487
                                                     dhylarides@wehwlaw.com
                                                     1912 Eastchester Drive, Suite 400
                                                     High Point, NC 27265
                                                     Direct Telephone: (336) 819-6009

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing **CONSENT MOTION TO EXTEND MEDIATION DEADLINE** was electronically filed with the Clerk of Court by using the CM/ECF System and was therefore served under Fed. R. Civ. P. 5(b)(2)(F).

      This the 27th day of April 2023.

      Wyatt Early Harris Wheeler LLP
*Attorneys for Defendants*

By: /s/ Donavan J. Hylarides

Donavan J. Hylarides
N.C. State Bar # 44487
dhylarides@wehwlaw.com
1912 Eastchester Drive, Suite 400
High Point, NC 27265
Direct Telephone: (336) 819-6009