IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MOHAMED ALASSANE KARZO,

    Plaintiff

v.                                            21-cv-00667-LCB-LPA

MATADOR RECORDS, INC., et. al.,

    Defendants

---

**BRIEF IN SUPPORT OF CONSENT MOTION TO EXTEND MEDIATION DEADLINE**

NOW COME Defendants, by and through their undersigned counsel, and under LR7.3(a) provide this Brief in support of Defendants' Motion to Extend Mediation Deadline.

**I.**

**NATURE OF THE MATTER BEFORE THE COURT**

The pending motion requests the Court to extend the deadline for the completion of mediation to July 3, 2023, to allow the parties to finalize a settlement agreement.

**II.**

**FACTS**

The following facts are relevant to the pending Motion.

1. On October 31, 2022, this Court set the mediation deadline in this case to April 3, 2023 and appointed M. Ann Anderson as mediator (Doc. 44).

2. Due to logistical issues, including the number of parties in this case, several of which are international, the parties were unable to schedule mediation until April 26, 2023. Mediation was held with M. Ann Anderson on that date. Mediation was successful and

resulted in a conditional settlement on informal terms. The parties intend to prepare and execute a formal settlement agreement.

3. Again, due to the number of parties, some of which are international, and the complexity of the settlement terms, the parties anticipate that the finalization of the formal settlement agreement will take at least 30 days.

4. The parties therefore respectfully request an extension of the mediation completion deadline to July 3, 2023.

5. The undersigned has conferred with counsel for Plaintiff, who consents to this Motion.

WHEREFORE, Defendants respectfully request this Court to extend the mediation completion deadline to July 3, 2023.

This the 27th day of April 2023.

>Wyatt Early Harris Wheeler LLP
>*Attorneys for Defendants*
>
>By: /s/ Donavan J. Hylarides
>Donavan J. Hylarides
>N.C. State Bar # 44487
>dhylarides@wehwlaw.com
>1912 Eastchester Drive, Suite 400
>High Point, NC  27265
>Direct Telephone: (336) 819-6009

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing **BRIEF IN SUPPORT OF CONSENT MOTION TO EXTEND MEDIATION DEADLINE** was electronically filed with the Clerk of Court by using the CM/ECF System and was therefore served under Fed. R. Civ. P. 5(b)(2)(F).

    This the 27th day of April 2023.

    Wyatt Early Harris Wheeler LLP
*Attorneys for Defendants*

By: /s/ Donavan J. Hylarides

Donavan J. Hylarides
N.C. State Bar # 44487
dhylarides@wehwlaw.com
1912 Eastchester Drive, Suite 400
High Point, NC 27265
Direct Telephone: (336) 819-6009